**STATE of Missouri, Respondent,**

v.

**Sharod J. JACKSON, Defendant/Appellant.**

No. ED 98198.

Missouri Court of Appeals, Eastern District, Division Two.

Dec. 11, 2012.

Amanda Page Faerber, Assistant Public Defender, St. Louis, MO, for Appellant.

Chris Koster, Attorney General, Todd Tyler Smith, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and LISA S. VAN AMBURG, J.

## ORDER

PER CURIAM.

Sharod J. Jackson appeals from the judgment upon his conviction by a jury for possession of a controlled substance—cocaine base, in violation of Section 195.202, RSMo. Cum.Supp.2010, for which he was sentenced to two-years' imprisonment. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential purpose. We have, however,

---

1. All statutory references are to RSMo 2000    unless otherwise noted.

provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).